IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MISS TIFFANY MCCALL,** | : | |
| (Administratrix of the Estate of Ms. | : | |
| Regina Kirkland), | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-CV-1281** |
| | : | |
| **GLENDALE UPTOWN HOMES/** | : | |
| **GS OPERATOR LP,** *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 17th day of September, 2020, upon consideration of Plaintiff Miss Tiffany McCall's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for the reasons in the Court's Memorandum as follows:

    a. All claims brought pursuant to 28 U.S.C. § 1983 in McCall's individual capacity are **DISMISSED WITH PREJUDICE**;

    b. All claims brought in McCall's capacity as Administratrix of the Estate of Ms. Regina Kirkland and all state law claims are **DISMISSED WITHOUT PREJUDICE.**

4.      The Clerk of Court shall **CLOSE** this case.

                                              **BY THE COURT:**

                                              /s/Petrese B. Tucker

                                              **PETRESE B. TUCKER, J.**